**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.756.6994
Facsimile: 619.756.6991
tcarpenter@carlsonlynch.com

Edwin J. Kilpela
Gary F. Lynch
1133 Penn Avenue
5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@carlsonlynch.com
glynch@carlsonlynch.com

*Attorneys for Plaintiff and Proposed Class Counsel*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOBHAN MORROW, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PVH CORP., a Delaware corporation, PVH RETAIL STORES, LLC, a Delaware corporation, CALVIN KLEIN, INC, a New York corporation, TOMMY HILFIGER WHOLESALE, INC., a California corporation, and DOES 1- 50, inclusive,<br><br>Defendants. | Case No. 16-CV-00348-L-AGS<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STATUS REPORT** |

Plaintiff Siobhan Morrow and Defendants PVH Corp., PVH Retail Stores, LLC, Calvin Klein, Inc., and Tommy Hilfiger Wholesale, Inc. hereby submit a joint status report pursuant to Hon. Andrew G. Schopler's Order Requiring Status Report on October 18, 2016 (ECF No. 21).

**1.   Names of Parties and Counsel of Record**

| | |
|---|---|
| Plaintiff Siobhan Morrow<br>Counsel of Record:<br>Carlson Lynch Sweet Kilpela &<br>Carpenter, LLP<br>Todd D. Carpenter<br>Brittany C. Casola | Defendants PVH Corp., PVH Retail Stores, LLC, Calvin Klein, Inc., and Tommy Hilfiger Wholesale, Inc.<br>Counsel of Record:<br>Proskauer Rose LLP<br>Nancy S. Cohen<br>Lawrence I. Weinstein*<br>Lary Alan Rappaport<br>Ronald A. Valenzuela<br>Qian Jennifer Yang* |

*Admitted *pro hac vice*

**2.   Nature of the Case**

   **a.   Plaintiff's Statement**

This is a class action regarding Defendants' false and misleading advertisement of "market" prices, and corresponding phantom "savings" on clothing, clothing accessories, and other fashion apparel sold in its retail "outlet" or "factory" stores. The advertised false price discounts for merchandise sold throughout Defendants' retail outlet or factory stores were misleading because the represented "market" prices were artificially inflated and were never the original prices and/or did not constitute the prevailing market retail prices for such products within the three months next immediately preceding the publication of the sales tag. Defendants' false and misleading advertising and pricing scheme violates both federal and California law prohibiting advertising goods for sale as discounted from former prices which are false, and prohibiting misleading statements about the existence and amount of price reductions. Specifically, Defendants' systematic misleading pricing scheme violates California Business & Professions Code §§ 17200, *et*

*seq.* (the "UCL") and §§ 17500, *et seq.* (the "FAL"), California Consumers' Legal Remedies Act, California Civil Code §§ 1750, *et seq.* (the "CLRA"), and the Federal Trade Commission Act ("FTCA"), which prohibits "unfair or deceptive acts or practices in or affecting commerce" (15 U.S.C. § 45(a)(1)) and false advertisements. (15 U.S.C. § 52(a).

On or around November 13, 2015, Plaintiff Siobhan Morrow purchased a sweater for approximately $39.75 at a Calvin Klein retail outlet store located in San Ysidro, California. The price tag indicated that the "original" or "market" price of the sweater was "$79.50" and that it was being offered at a discount described as "50% off." However, the purported "market" price and corresponding price discount and savings were false and misleading because the prevailing retail price for the sweater during the three months immediately prior to Plaintiff's purchase was not the $79.50 "market" price advertised by Defendants. Relying upon Defendants' false savings representations, Plaintiff was induced to purchase the sweater, believing she was receiving a significant value. Similarly, Plaintiff purchased a black tee shirt and black polo shirt at the Tommy Hilfiger retail outlet store the same day. The price tags indicated the "market" price was approximately "$33.99" for the black tee shirt and approximately "$59.40" for the black polo shirt and that both were being offered at a discount of approximately "50% off." However, the purported "market" prices and corresponding price discount and savings were false and misleading because the prevailing retail price for the shirts during the three months immediately prior to Plaintiff's purchase were not the $33.99 or $59.40 "market" prices advertised by Defendants.

### b. Defendants' Statement

This suit for allegedly fraudulent discount price advertising in Defendants' California outlet stores is one of many substantially identical putative class action lawsuits recently filed by Plaintiff's counsel against various retailers. These suits feature cookie cutter complaints with the same people appearing as the named plaintiff in multiple actions. One of those virtually identical complaints recently was dismissed by another

judge of this Court, *Rael v. Dooney & Bourke, Inc.*, No. 3:16-cv-00371-JM-DHB, 2016 WL 3952219 (S.D. Cal. July 22, 2016) (Hon. Jeffrey T. Miller, J.). A motion to dismiss another virtually identical complaint has been fully briefed and is awaiting decision by The Hon. William Q. Hayes in *Courtney Dennis v. Ralph Lauren Corp., et al.,* No. 3:16-cv-1056-WQH-BGS. Just as in those cases, Plaintiff's sweeping allegations of an alleged fraudulent scheme to deceive consumers about outlet store pricing are bare conclusions, virtually devoid of any factual details to support either Plaintiff's own claims for relief or those of the supposed class she seeks to represent.

Plaintiff commenced this action on February 10, 2016. Based upon Plaintiff's stated intention to file an amended complaint, the parties have filed three joint motions to extend the time for Defendants to respond. The Third Joint Motion, filed on June 10, 2016, Plaintiff stated that she intended file her amended complaint on or before June 22, 2016. Defendants' responsive pleading is due 21 days from the date on which Plaintiff files and serves her amended complaint.

### 3. Anticipated Discovery Disputes That May Arise in the Near Future

Because this matter is at the pleading stage, and Plaintiff has indicated that she intends to file an amended pleading, the parties presently are unaware of any discovery disputes that may arise in the near future.

### 4. Anticipated Discovery Motions or Dispositive Motions

Because this matter is at the pleading stage, and Plaintiff has indicated that she intends to file an amended pleading by November 11, 2016, the parties presently are unaware of any discovery motions or dispositive motions. Defendants reserve the right to respond to an amended pleading by motion to dismiss.

### 5. Parallel Case

The First Amended Complaint in *Maria Ramos v. PVH Corp.*, United States District Court, Eastern District of California Case No. 2:16-CV-02258-JAM-KJN, alleges a putative class action for purported violation of the False Advertising Law, Unfair Competition Law and Consumer Legal Remedies Act in connection with plaintiff Maria

Ramos' purchase of Van Heusen merchandise at a PVH Corp. outlet store in Folsom, California. PVH Corp.'s motion to dismiss the First Amended Complaint is set for November 15, 2016.

### 6. Settlement Discussions

The parties have not yet discussed settlement; Plaintiff has indicated that she intends to file an amended pleading by November 11, 2016. Plaintiff is willing to discuss settlement in a private mediation setting or through the Early Neutral Evaluation process.

### 7. Viability of Settlement Conference

Plaintiff has indicated that she intends to file an amended pleading by November 11, 2016. The parties believe a settlement conference at this early juncture would not have a reasonable likelihood of reaching a resolution.

### 8. Significant Rulings to Date

No significant rulings have been entered to date.

### 9. Additional Relevant Information

None.

Dated: November 1, 2016

                **CARLSON LYNCH SWEET**
                **KILPELA & CARPENTER, LLP**

*/s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: (619) 347-3517
Facsimile: (619) 756-6990
tcarpenter@carlsonlynch.com


Edwin J. Kilpela
Gary F. Lynch
1133 Penn Avenue
5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@carlsonlynch.com
glynch@carlsonlynch.com

*Attorneys for Plaintiff*

Dated: November 1, 2016

**PROSKAUER ROSE LLP**

*/s/ Lary Alan Rappaport*
Lary Alan Rappaport
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 284-5658
Facsimile: (310) 557-2193
lrappaport@proskauer.com

*Attorney for Defendants*