# UNITED STATES DISTRICT COURT
## FOR THE Southern District of California
### San Diego

Siobhan Morrow

                       Plaintiff,

v.                                     Case No.: 3:16−cv−00348−L−AGS

                                              Judge M. James Lorenz

PVH Corp., et al.

                       Defendant.

## NOTICE OF HEARING

Please take notice that the above−entitled action has been placed on the calendar of the Honorable Judge M. James Lorenz on 7/31/17 at 11:00 AM , in Courtroom 5B , at the U.S. District Courthouse − San Diego, California.

FOR DISMISSAL FOR WANT OF PROSECUTION under Local Rule 41.1 which provides that actions or proceedings which have been pending in this court for more than six months, without any proceeding having been taken therein during such period, may be dismissed by the court without prejudice, unless otherwise ordered.

                                                                           John Morrill,
                                                                       Clerk of the Court

                                                                  By: s/ C. Ecija, Courtroom Deputy